1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

7
8
9
10
11
12

HENRY MENDOZA,

            Plaintiff,

   vs.

CITIBANK, N.A.; and DOES 1 to 10, inclusive

            Defendants.

Case No.: 8:16-cv-01167-AG-(JCGx)

**ORDER**

13
14
15
16
17
18

     PURSUANT TO THE STIPULATION, IT IS SO ORDERED that all claims of Plaintiffs, HENRY MENDOZA, against Defendants CITIBANK, N.A., are dismissed, with prejudice. Plaintiffs, HENRY MENDOZA, and Defendant, CITIBANK, N.A, shall each bear their own costs and attorneys' fees.

19
**IT IS SO ORDERED.**

20
21

Dated: August 16, 2016

                                 
Honorable Andrew J. Guilford
United States District Judge

22
23
24
25
26
27
28

ORDER